**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| SUPERIOR INTEGRATED SOLUTIONS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Case No.  3:09-cv-314 |
| | ) | |
| v. | ) | Judge Thomas M. Rose |
| | ) | |
| THE REYNOLDS AND REYNOLDS | ) | Magistrate Judge Sharon L. |
| COMPANY, | ) | Ovington |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER**
**AND PRELIMINARY INJUNCTION**

Plaintiff Superior Integrated Solutions, Inc. ("SIS"), by its attorneys, and pursuant to Fed. R. Civ. P. 65 and Local Rule 65.1, respectfully requests that the Court enter a temporary restraining order and preliminary injunction requiring the defendant, The Reynolds and Reynolds Company ("Reynolds"), to immediately cease interfering with the interfacing (the "Interface") between SIS's integration software and the Reynolds dealer management systems ("DMS") used at over 3,000 auto dealerships across the country.  It is undisputed that the parties' contract, namely the Reynolds Interface Agreement dated September 21, 2006 ("RIA"), prohibits Reynolds from interfering with the Interface, and that the RIA is in full force and effect through September 21, 2009.  It also is undisputed that Reynolds, as recently as June 22, 2009, committed in writing that it would honor the terms of that RIA, and refrain from interfering with the Interface, until the RIA's expiration on September 21, 2009.

Unless Reynolds is enjoined from interfering with the Interface, SIS will be irreparably harmed by the loss of its customers and by the loss of the goodwill associated with those

customer relationships, which is difficult to compute in money damages.  SIS, therefore, has no adequate remedy at law.

In further support of this motion, SIS respectfully submits the accompanying Affidavit of Phillip Battista, and Plaintiff's Memorandum in Support of Motion for Temporary Restraining Order And Preliminary Injunction.

WHEREFORE, SIS respectfully requests that this Court ORDER and DECREE that:

1.       Reynolds be enjoined, directly or indirectly, and whether alone or in concert with others, including any officer, agent, representative, and/or employee of Reynolds, from interfering with the Interface between SIS's integration software and the Reynolds DMS at auto dealerships; and

2.       The Order remain in full force and effect through September 21, 2009.

August 31, 2009                                      Respectfully submitted,

_____
Keven Drummond Eiber (0043746)
keiber@brouse.com
Anastasia J. Wade (0082797)
awade@brouse.com
BROUSE MCDOWELL
1001 Lakeside Avenue, Suite 1600
Cleveland, Ohio 44114-1151
Tel: (216) 830-6816
Fax: (216) 830-6807

Of Counsel:

Barry Buchman
buchmanb@gotofirm.com
Gilbert LLP
1100 New York Avenue, NW, Suite 700
Washington, DC 20005
Tel: (202) 772-2305
Fax: (202) 772-2307

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing Motion, and the

accompanying memorandum in support, affidavit and exhibits, was served on counsel for

defendant The Reynolds and Reynolds Company, as identified below, by facsimile pursuant to

S.D. Ohio Civ. R. 5.2(b) this 31st day of August. 2009.

Carla Frame, Esquire                    Aundrea K. Frieden
Reynolds & Reynolds                     Gibbs & Bruns L.L.P.
One Reynolds Way                        1100 Louisiana, Suite 5300
Kettering Ohio 45430                    Houston, TX 77002
Fax No. (937) 485-2788                  Fax No. (713) 750-0903


                                        /s/Keven Drummond Eiber
                                        Keven Drummond Eiber (0043746)