UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| SUPERIOR INTEGRATED SOLUTIONS, INC. | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:09-cv-314 |
| | ) | |
| v. | ) | Judge Thomas M. Rose |
| | ) | |
| THE REYNOLDS AND REYNOLDS COMPANY | ) ) | Magistrate Judge Sharon L. Ovington |
| Defendant | ) | |

**PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION, OR IN THE ALTERNATIVE FOR TEMPORARAY RESTRAINING ORDER PENDING PRELIMINARY INJUNCTION HEARING**

Plaintiff Superior Integrated Solutions, Inc. ("SIS"), by its attorneys, and pursuant to Fed. R. Civ. P. 65 and Local Rules 7.1(b)(3) and 65.1, respectfully requests that the Court enter a preliminary injunction prohibiting Defendant, The Reynolds and Reynolds Company ("Reynolds"), from removing or disabling SIS's integration software from dealer management systems, pending resolution of the parties' requests for declaratory judgment regarding whether a wind-down period is required after the parties' contract expires on September 21, 2009.  Alternatively, SIS respectfully requests that the Court set a preliminary injunction hearing on the wind-down issue, and issue a TRO preserving the status quo pending that hearing.  The grounds for this motion are set forth in SIS' memorandum in support filed contemporaneously with this motion.

September 16, 2009                              Respectfully submitted,

/s/ Keven Drummond Eiber_____
Keven Drummond Eiber (0043746)
keiber@brouse.com
Anastasia J. Wade (0082797)
awade@brouse.com
BROUSE MCDOWELL
1001 Lakeside Avenue, Suite 1600

Cleveland, Ohio 44114-1151
Tel: (216) 830-6816
Fax: (216) 830-6807

Of Counsel:

Barry Buchman
buchmanb@gotofirm.com
Gilbert LLP
1100 New York Avenue, NW, Suite 700
Washington, DC 20005
Tel: (202) 772-2305
Fax: (202) 772-2307

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 16, 2009 a copy of foregoing Motion for Preliminary Injunction or, in the Alternative for Temporary Restraining Order Pending Preliminary Injunction Hearing, and accompanying Memorandum in Support and the Affidavit of Phillip Battista were filed electronically through the Court's Electronic Filing System.  Parties may access this document through the Court's System.  In addition, on September 16, 2009, the foregoing were served on counsel for defendant The Reynolds and Reynolds Company, as identified below, by electronic mail pursuant to the written agreement of the parties.

| | |
|---|---|
| Grant Harvey | David C. Greer |
| Aundrea K. Frieden | James H. Greer |
| Angus J. Dodson | Bieser, Greer & Landis LLP |
| Gibbs & Bruns L.L.P. | 400  National City Center |
| 1100 Louisiana, Suite 5300 | 6 North Main Street |
| Houston, TX 77002 | Dayton Ohio 45402-1908 |

/s/  Keven Drummond Eiber
Keven Drummond Eiber (0043746)

Attorney for Superior Integrated Solutions, Inc.