UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

SUPERIOR INTEGRATED SOLUTIONS,
INC.,

        Plaintiff,

-v-

THE REYNOLDS AND REYNOLDS
COMPANY,

        Defendant.

Case No. 3:09-cv-314

Judge Thomas M. Rose

## ENTRY

On October 12, 2009, this Court entered an order requiring Reynolds to place SIS's VOC entries back into the appropriate VOC file not later than 48 hours after entry of the Order and requiring Reynolds to further refrain from removing any SIS code from dealers' systems without dealer approval. (Doc. #37.) On October 13, 2009, Reynolds notified the Court that it had complied with the Order. (Doc. #38.)

On October 15, 2009, SIS requested a clarification of the Order and another telephone conference. (Doc. #40.) In essence, SIS would like to have more relief than was granted by the Order. However, the Order is perfectly clear: Reynolds was required to place SIS's VOC entries back into the appropriate VOC file not later than 48 hours after entry of the Order and Reynolds was required to further refrain from removing any SIS code from dealers' systems without dealer approval, nothing more, nothing less.

**DONE** and **ORDERED** in Dayton, Ohio this Twentieth day of October, 2009.

                                                **s/Thomas M. Rose**

                                      _____

                                                  THOMAS M. ROSE
                                   UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record