# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **SUPERIOR INTEGRATED SOLUTIONS, INC.,** | ) ) | **CASE NO. 3:09-CV-314** |
| **Plaintiff,** | ) ) ) | |
| v. | ) ) | **Judge Thomas M. Rose** |
| **THE REYNOLDS AND REYNOLDS COMPANY** | ) ) ) | **Magistrate Judge Sharon L. Ovington** |
| **Defendant.** | ) ) | |

## AGREED ORDER OF DISMISSAL

Before the Court is the parties' Joint Motion for Dismissal with Prejudice [Doc. No. 60]. By their Motion, the parties have announced an amicable final settlement of all disputed matters raised in this action. The Court, accordingly, finds that the Motion has merit.

It is, therefore, ORDERED that the Joint Motion for Dismissal with Prejudice is GRANTED and it is ORDERED that any and all claims and counterclaims asserted or raised in this action, as well as all claims arising out of or in connection with the matters described in this action, are hereby DISMISSED WITH PREJUDICE and that each Party shall bear its own costs, attorney fees and other litigation expenses.

Signed this Twenty-First Day of June, 2010

                                                   **s/Thomas M. Rose**

                                                   UNITED STATES DISTRICT JUDGE